Decided June 8, 2011

DARIO GUZMAN *v.* COMMISSIONER OF
CORRECTION

The petitioner Dario Guzman's petition for certification for appeal from the Appellate Court, 127 Conn. App. 905 (AC 31371), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Paul J. Narducci*, senior assistant state's attorney, in opposition.

Decided June 8, 2011